**DENY; and Opinion Filed May 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00628-CV

## IN RE PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06233**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Brown
Opinion by Justice Fillmore

Relator filed this petition for writ of mandamus complaining of the trial court's denial of relator's Motion for Late Designation of Expert Witness, and Alternatively, Motion for Continuance. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has failed to establish a right to the relief requested.

We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150628F.P05